IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | **8:17CR110** |
| vs. | |
| VALERIA NAVARRO-MARTINEZ, | **ORDER** |
| Defendant. | |

This matter is before the Court on the defendant's unopposed motion to extend the time for her to self-surrender (Filing No. 105). For good cause shown, the motion will be granted.

IT IS ORDERED:

1. The defendant shall have until April 24, 2018, in which to self-surrender to the United States Bureau of Prisons.
2. A copy of this order shall be delivered to the United States Marshal.

Dated this 6th day of April, 2018.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge